```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 07132
    MARY L TURCHAN
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-4025
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/20/07 .

    2.  The case was dismissed without confirmation, 09/07/2007.

    3.  The Debtor paid a total of $   3500.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ASSET RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST PHONE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| FNB MARIN | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| NBGL CARSONS | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR CAS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| UNIFUND CORP | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT V SCHALLER | REIMBURSEMENT | 20.00 | .00 | .00 |

        Summary of disbursements:

```
                    SECURED     PRIORITY    UNSECURED        OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        20.00          .00          .00          20.00
PRINCIPAL PAID          .00          .00          .00          .00            .00
INTEREST PAID           .00          .00          .00          .00            .00
TOTAL PAID              .00          .00          .00          .00            .00
```

The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   3000.00
and was paid $    2922.00 .

The Trustee received $       78.00 .

Refunds to the Debtor totaled $    500.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/12/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE    2
        CASE NO. 07 B 07132 MARY L TURCHAN